IN THE COURT OF COMMON PLEAS
COLUMBIANA COUNTY

ALLSTATE INSURANCE COMPANY, as subrogee of Marsha Crawl,
2775 Sanders Road
Northbrook, IL 60062

and

ALLSTATE INDEMNITY COMPANY, as subrogee of Kelly See, Anthony Monteleone and Tristan Reynolds,
2775 Sanders Road
Northbrook, IL 60062

and

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, as subrogee of David Sharek, Chester Smith, Nicole Arter and Sean Hutton,
2775 Sanders Road
Northbrook, IL 60062

and

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Allison Shipe,
2775 Sanders Road
Northbrook, IL 60062

    *Plaintiffs*,

  v.

NORFOLK SOUTHERN CORPORATION,
1200 Peachtree Street NE
Atlanta, Georgia 30308

and

FILED
COLUMBIANA COUNTY
COURT OF COMMON PLEAS
FEB 03 2025
ANTHONY J. DATTILIO
CLERK

Case No: 2025 CU 52

Judge: SCOTT WASHAM

COMPLAINT AT LAW

JURY DEMAND ENDORSED HEREON

**EXHIBIT A**

NORFOLK SOUTHERN RAILWAY COMPANY,
c/o Statutory Agent, Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, Ohio 43215

*Defendants.*

## COMPLAINT AT LAW

NOW COMES Plaintiffs, ALLSTATE INSURANCE COMPANY, as subrogee of Marsha Crawl, ALLSTATE INDEMNITY COMPANY, as subrogee of Kelly See, Anthony Monteleone and Tristan Reynolds, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, as subrogee of David Sharek, Chester Smith, Nicole Arter and Sean Hutton, and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, as subrogee of Allison Shipe (hereinafter collectively referred to as "Allstate") and for their Complaint against Defendants NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY (hereinafter collectively referred to as "Norfolk"), states as follows:

## PARTIES

1. At all relevant times, the ALLSTATE entities are Illinois insurance companies, with their principal place of business in Northbrook, Illinois, and were duly licensed to do business in Ohio as an insurance provider.

2. At all relevant times, the Allstate entities insured the following individuals who owned residential property in Columbiana County.

| Kelly See | 317 E. Clark St., East Palestine, OH 44413 |
| Anthony Monteleone | 521 E. Martin St., East Palestine, OH 44413 |
| Tristan Reynolds | 606 E. Martin St., East Palestine, OH 44413 |
| David Sharek | 176 E. Martin St., East Palestine, OH 44413 |
| Chester Smith | 226 Wood St., East Palestine, OH 44413 |

2

| Nicole Arter | 407 E. North Ave., East Palestine, OH 44413 |
| Marsha Crowl | 94 E. Grant St., East Palestine, OH 44413 |
| Allison Shipe | 569 E. North St., East Palestine, OH 44413 |
| Sean Hutton | 301 E. Taggart St., East Palestine, OH 44413 |

3. The ALLSTATE entities are *bona fide subrogees* of the above identified insureds pursuant to policies of insurance issued by the ALLSTATE entities, which, *inter alia*, provided coverage for the above identified insureds real, personal, and other property, including coverage for fire damage, and through equity.

4. At all relevant times, Defendant NORFOLK SOUTHERN CORPORATION (hereinafter referred to as "NSC") is a publicly traded corporation that is organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located at 1200 Peachtree Street, NE, Atlanta, Georgia 30308.

5. At all relevant times, Defendant NORFOLK SOUTHERN RAILWAY COMPANY (hereinafter referred to as "NSRC") is a Virginia corporation with its principal place of business in Atlanta, Georgia. Defendants NSC and NSRC will be identified as "Norfolk," "Norfolk Southern," or "Defendants."

6. NSC is a Class I railroad corporation organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located at 1200 Peachtree Street, NE, Atlanta, Georgia 30308. Defendant NSRC is a common carrier that accepts hazardous substances for transport.

7. NORFOLK operated Norfolk Southern Train 32N and its railcars in their Keystone Division at all relevant times. Defendants NSC and NSRC owned the locomotive and certain railcars on Norfolk Southern Train 32N at all relevant times.

3

## VENUE

8. Pursuant to, *inter alia*, Ohio Civil Rule 3(c), venue is proper in Columbiana County, as this is the county in which the incident occurred out of which the causes of action arose.

## COMMON ALLEGATIONS

9. Upon information and belief, on February 3, 2023, NORFOLK Train 32N, consisting of 149 cars, was carrying abnormally dangerous and ultrahazardous chemicals including, but not limited to, vinyl chloride, butyl acrylate, benzene residue, ethylene glycol monobutyl ether, ethylhexyl acrylate and isobutylene.

10. Upon information and belief, NOROLK train 32N was traveling a downhill route eastbound from Illinois to Pennsylvania on main track 1 of the Norfolk Fort Wayne line of the Keystone Division.

11. Upon information and belief, in the area of East Palestine, Ohio, approximately thirty-eight of the train cars derailed with an additional twenty railcars damaged, several of which were carrying dangerous and hazardous industrial materials (hereinafter referred to as "the derailment").

12. Upon information and belief, the train was on fire at approximately 8:13 p.m. on February 3, 2023, as it passed through Salem, Ohio,

13. Upon information and belief, a wheel bearing overheated approximately 45 minutes before the derailment.

14. Upon information and belief, a hotbox detector which assesses the temperature conditions of railcar wheel bearings registered an alarm message, alerting the crew of the necessity to slow the train, ultimately coming to a stop to inspect the hot axle.

15. Upon information and belief, the overheated wheel bearing continued to overheat,

4

resulting in the train derailment and the application of the emergency brakes as the train passed through East Palestine.

16. Upon information and belief, the derailed cars carried hazardous materials and chemicals, which ignited and caused the release of chemicals involving as well as detonation of certain, resulting in an explosion and release of fire, smoke, chemicals, contaminants, and debris onto the property of ALLSTATE'S insureds.

17. Pursuant to their policy of insurance with the ALLSTATE entities, ALLSTATE'S insureds made claims seeking reimbursement for damages resulting from the fire loss. Pursuant to the provisions of the policy of insurance issued to its insureds by ALLSTATE, ALLSTATE paid to or on behalf of the insureds sums totaling or in excess of $295,000 to repair or replace damaged or destroyed property and to otherwise compensate the insureds for losses sustained as the result of the fire.

18. In consideration of payments to its insureds, both in law and in equity, ALLSTATE became a bona fide subrogee of the insureds to the extent of its payments, and it is subrogated to all rights, claims, and interests that its insureds may have against any person or entity that may be liable for causing the reimbursed damages that resulted from the fire loss.

19. ALLSTATE has provided past notice to the Defendants of its subrogated claims, rights, and that no party is authorized to prejudice nor release Plaintiffs' subrogated rights and claims.

## COUNT I
## NEGLIGENCE

20. ALLSTATE realleges, reavers and incorporates by reference the allegations asserted above as if fully set forth herein.

5

21.     ALLSTATE alleges the derailment, fire, release of toxic chemicals, and explosion was caused by the negligence, carelessness, and/or recklessness of the Defendants. Defendants owed ALLSTATE'S insureds a duty to use reasonable care in the transportation of hazardous materials and chemicals through the area in and around the insureds' properties. Defendants had duties to properly inspect and maintain their trains and railcars; to not place in service or continue in service a car with an overheated roller bearing; to maintain vigilant lookout during the operation of its trains and railcars; to remedy defects in equipment and remove all cars that are unsafe.

22.     Defendants negligently and carelessly breached their duties to Plaintiffs. Defendant's negligent activities, include, but are not limited to:

    a. Failing to properly maintain, service and inspect their trains and railcars.

    b. Placing in service or continuing in service a car with an overheated roller bearing.

    c. Failing to maintain vigilant lookout during the operation of its trains and railcars and to ensure its agents, servants, and employees were properly and adequately instructed and trained while transporting hazardous substances.

    d. Failing to adequately staff trains with personnel that plan, prepare, coordinate, and oversee transportation of hazardous materials.

    e. Failing to properly instruct and adequately train safety and emergency procedures in the event of a derailment.

    f. Failing to properly develop and implement a risk reduction program; and risk-based hazard management programs.

    g. Failing to operate, maintain, inspect, and/or repair the railway and railcars in such a way to ensure their safe and proper operation, particularly when transporting hazardous materials and chemicals.

    h. And was otherwise negligent its transportation of chemicals.

6

23. As a direct and proximate result of the negligent errors and omissions as set forth herein, Plaintiffs suffered damages in an amount in excess of $295,000.

WHEREFORE, the ALLSTATE entities, as subrogee of its insureds, pray for judgment against NORFOLK in an amount in excess of $295,000 or such other amount the Court deems appropriate plus an award of costs and attorney's fees incurred in presenting this claim.

## COUNT II
## NEGLIGENCE PER SE

24. ALLSTATE realleges, reavers and incorporates by reference the allegations asserted above as if fully set forth herein.

25. ALLSTATE alleges NORFOLK'S operation of its trains and railcars breached industry standards, safety laws and regulations, contained in 49 C.F.R.215.115 which prohibits placing a train car with an overheated bearing in service, in addition to 49 C.F.R. 179.15(a) which provides each tank must have a pressure relief device which prevents a pressure build-up to prevent fire and explosion for safe transport of chemicals.

26. As a direct and proximate result of NOROLK'S violation of federal law, Plaintiffs suffered damages in an amount in excess of $295,000.

WHEREFORE, the ALLSTATE entities, as subrogee of its insureds, prays for judgment against NORFOLK in an amount in excess of $295,000 or such other amount the Court deems appropriate plus an award of costs and attorney's fees incurred in presenting this claim.

## COUNT III
## STATUTORY NUISANCE

27. ALLSTATE realleges and incorporates by reference the allegations asserted above as if fully set forth herein.

28. At all relevant times, Ohio R.C. § 3704.05 states "no person shall cause, permit, or allow emission of an air contaminant in violation of any rule adopted by the director of environmental protection."

29. Furthermore, at all relevant times, Ohio Admin. Code 3745-15-07(A) states "[t]he emission or escape into the open air for any source or sources whatsoever of... fumes, gases, vapors, or any other substance or combinations of substances, in such manner or in such amounts as to endanger the health, safety or welfare of the public, or cause unreasonable injury or damage to property, is hereby found and declared to be a public nuisance. It shall be unlawful for any person to cause, permit or maintain any such public nuisance."

30. As a result of NORFOLK'S improper transportation and violation of state law, handling, and disposing of volatiles, semi-volatiles, dioxins, and phosgene, Plaintiffs' insureds' property was damaged as it was exposed to hazardous air pollutants in violation of Ohio law.

WHEREFORE, the ALLSTATE entities, as subrogee of its insureds, pray for judgment against NORFOLK in an amount in excess of $295,000 or such other amount the Court deems appropriate plus an award of costs and attorney's fees incurred in presenting this claim.

## COUNT IV
## TRESPASS

31. ALLSTATE realleges, reavers and incorporates by reference the allegations asserted above as if fully set forth herein.

32. At all times relevant hereto, NORFOLK knew or should have known the chemicals it was transporting across state lines were hazardous and harmful to real property and humans, and that it knew or should have known their emission, discharge, disposal, and/or release would cause injury to Plaintiff's insureds' property.

8

33. NORFOLK through its careless and negligent transportation of chemicals caused hazardous materials, as well as explosive materials, to enter and contaminate Plaintiff's insureds' property.

34. Upon information and belief, NORFOLK knew or should have known their negligent and careless conduct regarding hazardous materials, failed to act in the manner of an ordinary transportation business.

35. As the direct and proximate result of NORFOLK, Plaintiffs suffered damages in excess of $295,000.

WHEREFORE, Plaintiffs, as subrogee of its insureds, pray for judgment against NORFOLK in an amount in excess of $295,000 or such other amount the Court deems appropriate plus an award of costs and attorney's fees incurred in presenting this claim.

Respectfully Submitted

_____
Leslie E. Wargo (0073112)
Wargo Law, LLC
1501 North Marginal Road, Suite 182
Cleveland, Ohio 44114-3738
Telephone: (216) 403-3350
Facsimile: (216) 744-1816
Email: Leslie@wargo-law.com
*Attorney for Plaintiff*

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury with the maximum amount of jurors permissible.

_____
Leslie E. Wargo (0073112)



Common Pleas Court of Columbiana County, Ohio

## DESIGNATION FORM TO BE USED TO INDICATE THE CLASSIFICATION OF THE CAUSE

Allstate Insurance Company a/s/o Marsha Crawl et al.
**Plaintiff**

Vs.

Norfolk Southern Corporation, et al.
**Defendant**

FILED
COLUMBIANA COUNTY
COURT OF COMMON PLEAS

FEB 0 3 2025

ANTHONY DATTILIO
CLERK

Case Number: 2025 CV 52
Date: 02/03/2025

SCOTT WASHAM

Has this case been previously filed and dismissed? Yes ☐ No ☒
Case #: _____ Judge: _____

Is this case related to any new cases now pending or previously filed? Yes ☐ No ☒
Case #: _____ Judge: _____

**CIVIL CLASSIFICATIONS:** *Place an (X) in ONE Classification Only.*

**Professional Torts:**
☐ Medical Malpractice
☐ Dental Malpractice
☐ Optometric Malpractice
☐ Chiropractic Malpractice
☐ Legal Malpractice
☐ Other Malpractice

**Product Liability:**
☐ Product Liability

**Other Torts:**
☐ Motor Vehicle Accident
☐ Consumer Action
☐ Misc. Tort

**Workers Compensation:**
☐ Workers Compensation
☐ Workers Comp. Asbestos

**Foreclosures:**
☐ Foreclosure

**Commercial Docket:**
☐ Commercial Docket
☐ Commercial Docket with Foreclosure

**Administrative Appeals:**
☐ Employment Services
☐ Other

**Other Civil:**
☐ Replevin/Attachment
☐ Business Contract
☐ Real Estate Contract
☐ Consumer Debt
☐ Cognovit
☐ Other Contracts
☐ Foreign Judgment
☐ Stalking Civil Protection Order
☒ Misc. Other
☐ Petition to Contest Adam Walsh Act
☐ Certificate of Qualification for Employment

**Amount of Controversy:**
☐ None Stated
☐ Less than $25,000
☒ Prayer Amount  excess of $295,000

**Parties have previously attempted one of the following prior to filing:**
☐ Arbitration
☐ Early Neutral Evaluation
☐ Mediation
☒ None

I certify that to the best of my knowledge the within case is not related to any now pending or previously filed, expect as noted above.

| Wargo Law, LLC- | Leslie E. Wargo, Esq. |
|---|---|
| *Firm Name (Print or type) Attorney of Record (Print or Type)* | |
| 1501 North Marginal Road, Ste. 182 | 0073112 |
| *Street Address* | *Supreme Court #* |
| Cleveland, Ohio | leslie@wargo-law.com |
| *City, State, Zip* | *Address Email Address* |
| (216)403-3350 | /s/ Leslie E. Wargo |
| *Phone* | *Signature* |

# Columbiana Common Pleas Court Receipt of Transaction

## Receipt # 285576



Anthony J. Dattilio
Clerk of Court
Columbiana, Ohio

**Received From:**
WARGO ESQ., LESLIE E
1501 NORTH MARGINAL ROAD, SUITE 182
CLEVELAND, OH 44114

On Behalf Of:

On: 2/3/25  1:21 pm
Transaction # 318894
Cashier ESCHMIDT

CaseNumber  2025 CV 00052

**Judge  SCOTT A WASHAM JUDGE**

**ALLSTATE INSURANCE COMPANY vs. NORFOLK SOUTHERN CORPORATION**

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (DEPOS-CV) DEPOSIT-CIVIL | 153.00 | 0.00 | 0.00 | 153.00 | 153.00 | 0.00 |
| (C) COMPLAINT | 97.00 | 0.00 | 0.00 | 97.00 | 97.00 | 0.00 |
| Total: | 250.00 | 0.00 | 0.00 | 250.00 | 250.00 | 0.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 1463 | OK | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| | Payments Total: | | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |

**CASE GRAND TOTAL**

| Waived | Total Fee | Paid | Balance |
|---|---|---|---|
| $0.00 | $250.00 | $250.00 | $0.00 |

Page 1 of 1

**IN THE COURT OF COMMON PLEAS**
**COLUMBIANA COUNTY, OHIO**

FILED
COLUMBIANA COUNTY
COURT OF COMMON PLEAS

FEB 0 3 2025

ANTHONY J. DATTILIO
CLERK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee of Marsha Crawl, et al. | ) 2025 CU 52 ) ) SCOTT WASHAM |
| *Plaintiffs,* | ) ) INSTRUCTIONS FOR SERVICE UPON |
| v. | ) DEFENDANTS ) |
| NORFOLK SOUTHERN CORPORATION, et al, | ) ) ) |
| *Defendants.* | ) ) |

**To the Clerk of Court:**

Plaintiffs hereby request that you make service of the Summons and Complaint upon Defendants, by certified mail, at the following addresses:

**Norfolk Southern Corporation**
**1200 Peachtree Street NE**
**Atlanta, Georgia 30308**

**and**

**Norfolk Southern Railway Company**
**c/o Statutory Agent, Corporation Service Company**
**1160 Dublin Road, Suite 400**
**Columbus, Ohio 43215**

Respectfully Submitted,

LESLIE E. WARGO (0073112)
WARGO LAW, LLC
1501 North Marginal Road, Suite 182
Cleveland, OH 44114
(216) 403-3350 (telephone)
(216) 744-1816 (facsimile)
Leslie@Wargo-Law.com
*Attorney for Plaintiffs*

## *Court of Common Pleas, Columbiana County, Lisbon, Ohio*

### *Summons*

Rule 4 1970, Ohio Rules of Civil Procedure

Case No.: 2025 CV 00052

SCOTT A WASHAM
JUDGE
*Summons on Complaint*

ALLSTATE INSURANCE COMPANY
AS SUBROGEE OF MARSHA CRAWL
2775 SANDERS ROAD
NORTHBROOK, IL  60062

Plaintiff(s)
VS.
NORFOLK SOUTHERN CORPORATION
1200 PEACHTREE STREET NE
ATLANTA, GA  30308

Defendant(s)

**FILED**
Columbiana County Common Pleas Court
**February 03, 2025**
**ANTHONY J. DATTILIO**
**CLERK OF COURTS**

To the below named Defendant(s):
NORFOLK SOUTHERN CORPORATION
1200 PEACHTREE STREET NE
ATLANTA, GA  30308

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this Court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's Attorney, or upon the Plaintiff if no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. **Said answer must be filed with this Court within three (3) days after service on Plaintiff's Attorney.**

The name and address of the Plaintiff's Attorney is as follows:

LESLIE E WARGO ESQ.                                              (216) 403-3350 (W)
1501 NORTH MARGINAL ROAD, SUITE 182
CLEVELAND, OH  44114

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Witness, My signature and seal of said Court on this February 03, 2025,



**Anthony J. Dattilio**
105 South Market Street
Lisbon, Ohio 44432

Deputy Clerk

**Certified Article Number**
9414 7266 9904 2237 6219 23
**SENDER'S RECORD**



9590 9266 9904 2237 6219 26

# *Court of Common Pleas, Columbiana County, Lisbon, Ohio*

## *Summons*

Rule 4 1970, Ohio Rules of Civil Procedure

Case No.: 2025 CV 00052

SCOTT A WASHAM
JUDGE

*Summons on Complaint*

ALLSTATE INSURANCE COMPANY
AS SUBROGEE OF MARSHA CRAWL
2775 SANDERS ROAD
NORTHBROOK, IL  60062

Plaintiff(s)

VS.

NORFOLK SOUTHERN CORPORATION
1200 PEACHTREE STREET NE
ATLANTA, GA  30308

Defendant(s)

**FILED**
Columbiana County Common Pleas Court
**February 03, 2025**
**ANTHONY J. DATTILIO**
**CLERK OF COURTS**

To the below named Defendant(s):
NORFOLK SOUTHERN RAILWAY COMPANY
C/O STATUTORY AGENT CORPORATION SERVICE COMPANY
1160 DUBLIN ROAD, SUITE 400
COLUMBUS, OH  43215

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this Court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's Attorney, or upon the Plaintiff if no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. **Said answer must be filed with this Court within three (3) days after service on Plaintiff's Attorney.**

The name and address of the Plaintiff's Attorney is as follows:

LESLIE E WARGO ESQ.            (216) 403-3350 (W)
1501 NORTH MARGINAL ROAD, SUITE 182
CLEVELAND, OH  44114

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Witness, My signature and seal of said Court on this February 03, 2025,

**Certified Article Number**
9414 7266 9904 2237 6219 16
**SENDER'S RECORD**

9590 9266 9904 2237 6219 19

**Anthony J. Dattilio**
105 South Market Street
Lisbon, Ohio 44432

Deputy Clerk

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

## USPS® ARTICLE NUMBER

9414 7266 9904 2237 6219 16

Certified Mail Fee $

Return Receipt (Hardcopy) $

Return Receipt (Electronic) $

Certified Mail Restricted Delivery $

Postage

Total Postage and Fees

Sent to:

NORFOLK SOUTHERN RAILWAY COMPANY
C/O STATUTORY AGENT CORPORATION
SERVICE COMPANY
1160 DUBLIN ROAD, SUITE 400
COLUMBUS, OH 43215

Reference Information

COLUMBIANA COMMON PLEAS

2025 CV 00052

FILED
COLUMBIANA COUNTY
COURT OF COMMON PLEAS
FEB 04 2025
ANTHONY J. DATTILIO
CLERK

Postmark Here

LISBON OH 44432
FEB 04 2025
USPS

10.20

PS Form 3800, Facsimile, July 2015



Walz Certified Mailer™ form #45663
Version E0824

For use with WCM Plus™ software

Reorder forms online at:
www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a *better, faster* and *easier* way!

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**USPS® ARTICLE NUMBER**

9414 7266 9904 2237 6219 23

Certified Mail Fee $

Return Receipt (Hardcopy) $

Return Receipt (Electronic) $

Certified Mail Restricted Delivery $

Postage $

Total Postage and Fees $

FILED
COLUMBIANA COUNTY
COURT OF COMMON PLEAS
FEB 04 2025
ANTHONY J. DATTILIO
CLERK

Postmark Here

LISBON OH 44432
FEB 04 2025
USPS

**Sent to:**

NORFOLK SOUTHERN CORPORATION
1200 PEACHTREE STREET NE
ATLANTA, GA 30308

**Reference Information**

COLUMBIANA COMMON PLEAS

2025 CV 00052

10.20

PS Form 3800, Facsimile, July 2015



Walz Certified Mailer™ form #45663
Version E0824

For use with WCM Plus™ software

Reorder forms online at:
www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a *better, faster* and *easier* way!